**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01230-CV

**ALLEN IVERSON, Appellant**

**V.**

**DOLCE MARKETING GROUP, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-06058**

## ORDER

Before the Court is appellees' March 6, 2013 motion to dismiss the appeal. Appellant's counsel filed a motion to withdraw as counsel for appellant in the trial court because of his inability to communicate with his client. Appellees contend that because appellant's counsel has a conflict necessitating his withdrawal in the trial matter, he also "lacks authority and/or has the same necessity in the matter of this appeal." Appellees do not cite any authority in support of their position. Appellant's counsel has not filed a motion to withdraw in this Court. Accordingly, we **DENY** appellees' motion to dismiss.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE